PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Carl J. Calnero, SB #117590
Martin N. Jensen, SB #232231
350 University Avenue, Suite 200
Sacramento, California 95865
(916) 929-1481 telephone
(916)927-3706 facsimile

Attorneys For Defendants ELECTROLUX HOME
PRODUCTS, INC. and SEARS ROEBUCK and CO.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AVILA DUCLOS and BARBARA DUCLOS,<br><br>             Plaintiffs,<br><br>   v.<br><br>ELECTROLUX HOME PRODUCTS, INC., SEARS ROEBUCK and CO., and DOES 1 through XX,<br><br>             Defendants.<br>_____/ | Case No. CIV.S-03-1677 FCD GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br><br><br>**Trial Date**: August 16, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).

Dated: _____       **LAW OFFICE OF MARK R. SWARTZ**


                                  By: _____
                                       Mark R. Swartz, Esq.

00412105.WPD

Dated: _____     PORTER, SCOTT, WEIBERG & DELEHANT
                                                                     A Professional Corporation

                                                                     By_____
                                                                           Carl J. Calnero
                                                                           Martin N. Jensen
                                                                           Attorneys for Defendants
                                                                           ELECTROLUX   HOME   PRODUCTS
                                                                           INC. and SEARS ROEBUCK and CO.

**IT IS SO ORDERED.**

Dated: February 22, 2006       /s/ Frank C. Damrell Jr.

                                                              Honorable Judge Damrell, Jr.,
                                                              UNITED STATES DISTRICT JUDGE